# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUCILLE M. FRAZIER, | Case No. 2:17-cv-02958-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |
| ZIMMER, INC. and SPRING VALLEY HOSPITAL MEDICAL CENTER, | |
| Defendants. | |

Based on the allegations in the complaint, it appears this court cannot exercise subject matter jurisdiction over this case. Therefore, I ordered plaintiff Lucille Frazier to explain why this case should not be dismissed. Ms. Frazier's response (ECF No. 36) offers no basis for the exercise of jurisdiction.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice to Ms. Frazier's ability to file her claims in state court.

DATED this 10th day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE